HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C. a minor,<br><br>  Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>  Defendant. | Case No. 2:21-cv-01257 – RSL<br><br>ORDER AMENDING ORDER SETTING TRIAL DATE & RELATED DATES |

Based on the parties' stipulated motion and with good cause appearing, the Order Setting Trial Date & Related Dates entered October 27, 2021 (Docket Number 28) is amended as follows:

1. The deadline for Defendant Premera Blue Cross to respond to the Plaintiff's Complaint is extended from November 30, 2021 to December 3, 2021.

2. The deadline for Plaintiff to join additional parties is extended from November 24, 2021 to December 15, 2021.

/ / / / /

/ / / / /

ORDER AMENDING MINUTE ORDER
SETTING TRIAL DATE & RELATED DATES

No. 2:21-cv-01257 – RSL

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E. Suite C
Seattle, Washington 98115
Tel 206.694-1614  Fax 206.905-2342

It is so ORDERED this 29th day of November, 2021.

_____
ROBERT S. LASNIK
United States District Judge

ORDER AMENDING MINUTE ORDER
SETTING TRIAL DATE & RELATED DATES

No.  2:21-cv-01257 – RSL

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Avenue N.E. Suite C
Seattle, Washington  98115
Tel 206.694-1614  Fax 206.905-2342