HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C. a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>    Defendant. | Case No. 2:21-cv-01257 – RSL<br><br>ORDER AMENDING ORDER SETTING TRIAL DATE & RELATED DATES |

Based on the parties' stipulated motion and with good cause appearing, the Order Amending Order Setting Trial Date & Related Dates entered November 29, 2021 (Docket Number 30) is amended as follows:

1. The deadline for Plaintiff to join additional parties is extended from December 15, 2021 to 14 days after Defendant files its Answer to Plaintiff's Complaint.

It is so ORDERED this 16th day of December, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER AMENDING MINUTE ORDER SETTING
TRIAL DATE & RELATED DATES

No.  2:21-cv-01257 – RSL

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E. Suite C
Seattle, Washington  98115
Tel 206.694-1614  Fax 206.905-2342