HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C. a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>    Defendant. | Case No. 2:21-cv-01257 – RSL<br><br>ORDER AMENDING ORDER SETTING TRIAL DATE & RELATED DATES |

Based on the parties' stipulated motion and with good cause appearing, the Order Amending Order Setting Trial Date & Related Dates entered November 29, 2021 (Docket Number 30) is amended as follows:

1. The deadline for Plaintiff to amend pleadings is extended from April 6, 2022 to 14 days after Defendant files its Answer to Plaintiff's Complaint.

It is so ORDERED this 5th day of April, 2022.

*(signature)*

ROBERT S. LASNIK
United States District Judge

ORDER AMENDING MINUTE ORDER SETTING
TRIAL DATE & RELATED DATES

No. 2:21-cv-01257 – RSL

SIRIANNI YOUTZ SPOONEMORE
HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246