UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C., a minor,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PREMERA BLUE CROSS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cv-01257-JHC<br><br>ORDER RE: STIPULATED MOTION TO AMEND ORDER SETTING TRIAL DATE & RELATED DATES |

This matter comes before the Court on the parties' Stipulated Motion to Amend Order Setting Trial Date & Related Dates. Dkt. # 43. Having considered the motion and the governing law, the Court GRANTS in part and DENIES in part the stipulated motion.

Trial is set for October 3, 2022. Dkt. # 28. The current discovery cutoff is June 5, 2022. *Id.* The current deadline for dispositive motions is July 5, 2022. *Id.* The parties seek an extension of the discovery cutoff to July 5, 2022, and an extension of the deadline for dispositive motions to August 5, 2022. Dkt. # 43 at 1.

The Court issues scheduling orders setting trial dates and related dates to provide a reasonable schedule for resolving disputes. First, the Court generally sets the discovery motions deadline 30 days before the deadline for discovery to allow the Court to resolve the motions

ORDER RE: STIPULATED MOTION TO
AMEND ORDER SETTING TRIAL DATE
& RELATED DATES - 1

within the discovery period.  Second, the Court generally sets the discovery cut-off 30 days before the deadline for filing dispositive motions to ensure that the Court has before it a complete record when it considers a motion that might dispose of the case.  Third, the schedule generally provides 90 days between the deadline for filing dispositive motions and the trial date.  This 90-day period considers: (a) an approximate 30-day lag between the date a party files a motion and the date that motion becomes ripe for the Court's consideration, *see* Local Rules W.D. Wash. LCR 7(d)(3); and (b) another 30 days during which the Court endeavors to rule on the motion, *id.*  LCR 7(b)(5).

The Federal Rules of Civil Procedure provide that a schedule may be modified only for good cause and with the judge's consent.  Fed. R. Civ. P. 16(b)(4).  In support of their motion, the parties state that they "are still engaged in good faith discussions regarding pending discovery requests." Dkt. # 43 at 1.

The Court is disinclined to adopt the parties' proposed deadlines, as extending the dispositive motions deadline by one month could put the trial date in jeopardy.   Substantially shortening the time between the dispositive motions deadline and the trial date would leave inadequate time for the parties to consider the Court's ruling and plan for trial or an alternate resolution.  But the Court will grant the parties' joint motion in part.  The Court will grant an extension of the discovery deadline to July 1, 2022.  The Court will grant a short extension of the deadline for dispositive motions to July 7, 2022.  All other deadlines will remain unchanged.  The Court cautions the parties that if they wish to seek additional extensions, they must be prepared to show good cause.

ORDER RE: STIPULATED MOTION TO
AMEND ORDER SETTING TRIAL DATE
& RELATED DATES - 2

| | |
|---|---|
| 1 | Dated this 2nd day of June, 2022, |

*John H. Chun*
_____
John H. Chun
United States District Judge

ORDER RE: STIPULATED MOTION TO
AMEND ORDER SETTING TRIAL DATE
& RELATED DATES - 3