HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C. a minor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>　　　　Defendant. | Case No. 2:21-cv-01257 – JHC<br><br>AMENDED BRIEFING SCHEDULE |

　　Based on the parties' stipulated motion and with good cause appearing, the Briefing Schedule is amended as follows:

- Deadline for the parties to file their opposition brief be extended from July 25, 2022, to July 26, 2022.

It is so ORDERED this 19th day of July, 2022.

_____
JOHN H. CHUN
United States District Judge

AMENDED BRIEFING SCHEDULE

No. 2:21-cv-01257 – JHC

**BRIAN S. KING, P.C.**
420 E SOUTH TEMPLE, STE 420,
SALT LAKE CITY, UT 84111
TEL. (801) 532-1739 FAX. (801)532-1936