1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C., a minor,<br><br>               Plaintiff,<br><br>      v.<br><br>PREMERA BLUE CROSS,<br><br>           Defendant. | CASE NO. 2:21-cv-01257-JHC<br><br>ORDER GRANTING DEFENDANT PREMERA BLUE CROSS'S MOTION TO SEAL THE ADMINISTRATIVE RECORD |

THIS MATTER having come before the Court on Defendant Premera Blue Cross's Motion to Seal the Administrative Record (Dkt. # 47)—which motion is unopposed—and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that Defendant Premera's Motion to Seal the Administrative Record is GRANTED.

DATED this 22nd day of July, 2022.

*John H. Chun*

John H. Chun
United States District Judge