THE HONORABLE JOHN H. CHUN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C. a minor,<br><br>Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS;<br><br>Defendants | Case No. 2:21-cv-01257-JHC<br><br>**JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JUDGMENT IN REGARD TO THE COURT ORDER (DKT. 71)** |

PREMERA BLUE CROSS ("Premera") and N.C., individually and on behalf of A.C. a minor, (collectively the "Parties"), hereby file this Stipulation to Extend Time for the Parties to file their Proposed Judgment consistent with the Court Order at Docket Entry 71. The Parties request that the Court extend the deadline for Parties to file their Proposed Judgment to May 8, 2023. This is the first request for extension of the deadline to file a Proposed Judgment and is necessary for the parties to fully exhaust efforts to reach agreement as to the amount of the judgment.

As grounds for this motion, the Parties state that they have met and conferred regarding an extension and are in agreement that May 8, 2023 is a reasonable accommodation for Parties to resolve the amount of unpaid benefits due.

DATED this 1st day of May, 2023.

JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JUDGMENT IN REGARD TO THE COURT ORDER (DKT. 71) – 1

KILPATRICK TOWNSEND 77317982 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND & STOCKTON LLP

By      /s/ Gwendolyn C. Payton
          Gwendolyn C. Payton, WSBA No. 26752
          gpayton@kilpatricktownsend.com
          1420 Fifth Ave., Suite 3700
          Seattle, WA 98101
          Telephone: (206) 626-7714
          Facsimile: (206) 623-6793
          Facsimile: (206) 623-6793

*Counsel for Defendant Premera Blue Cross*

SIRIANNI YOUTZ SPOONEMORE HAMBURGER

By      /s/ Eleanor Hamburger
          Eleanor Hamburger, WSBA No. 26478
          ehamburger@sylaw.com
          3101 Western Avenue, Suite 350
          Seattle, WA 98121
          Telephone: 206-223-0303
          Fax: 206-223-0246

BRIAN S KING ATTORNEY AT LAW

By      /s/ Brian S. King
          Brian Smith King, Pro Hac Vice
          Brent J. Newton, Pro Hac Vice
          Samuel Martin Hall, Pro Hac Vice
          brian@briansking.com
          brent@briansking.com
          samuel@briansking.com
          420 E South Temple, Suite 420
          Salt Lake City, UT 84111
          Telephone: 801-532-1739
          Fax: 801-532-1936

*Counsel for Plaintiffs*

*I certify that this memorandum contains 135 words, in compliance with the Local Civil Rules.*

JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JUDGMENT IN REGARD TO THE COURT ORDER (DKT. 71) – 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 77317982 1

**ORDER**

Pursuant to the Stipulation,

**IT IS SO ORDERED.**

Parties shall file their PROPOSED JUDGMENT by Monday, May 8, 2023.

Dated this 2nd day of May, 2023.

_____
THE HONORABLE JUDGE JOHN H. CHUN
United States District Judge

PROPOSED ORDER – 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 77317982 1

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document, JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JUDGMENT IN REGARD TO THE COURT ORDER (DKT. 71), to be filed with the Clerk of the Court via the CM/ECF system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Eleanor Hamburger**<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>3101 WESTERN AVENUE STE 350<br>SEATTLE, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>Email: ehamburger@sylaw.com | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Brian Smith King**<br>**Brent J. Newton**<br>**Samuel Martin Hall**<br>BRIAN S KING ATTORNEY AT LAW<br>420 E SOUTH TEMPLE STE 420<br>SALT LAKE CITY, UT 84111<br>801-532-1739<br>Fax: 801-532-1936<br>Email: brian@briansking.com<br>Email: brent@briansking.com<br>Email: samuel@briansking.com | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 1st day of May, 2023.

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Gwendolyn C. Payton
    Gwendolyn C. Payton, WSBA #26752

*Counsel for Defendant Premera Blue Cross*

CERTIFICATE OF SERVICE – 4

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 77317982 1