# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C., a minor | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER 2:21-cv-01257-JHC |
| v. | |
| PREMERA BLUE CROSS | |
| Defendant | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to the Court's March 31, 2023 Order (Dkt # 71), judgment is hereby entered in favor of Plaintiff N.C. and against Defendant Premera Blue Cross in the amount of $182,410.14, the unpaid health benefits owed under the terms of the insurance policy at issue in his case. The Plaintiff's Parity Act claim is dismissed with prejudice.

It is further ordered that Plaintiff is entitled to prejudgment interest accruing on the unpaid benefit amount from September 1, 2020, until the date of entry of this judgment, pursuant to 28 U.S.C. § 1961.

Dated May 11, 2023.


Ravi Subramanian
Clerk of Court


*/s/Ashleigh Drecktrah*
Deputy Clerk