THE HONORABLE JOHN H. CHUN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

N.C., individually and on behalf of A.C. a minor,

Plaintiff,

vs.

PREMERA BLUE CROSS;

Defendants.

Case No. 2:21-cv-01257-JHC

**DEFENDANT PREMERA BLUE CROSS'S NOTICE OF APPEAL**

DEFENDANT PREMERA BLUE CROSS'S SUPPLEMENTAL BRIEFING IN RESPONSE TO DKT. 67
KILPATRICK TOWNSEND 77358769 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

Defendant Premera Blue Cross hereby gives notice that it appeals to the United States Court of Appeals for the Ninth Circuit the Judgment in a Civil Case (Docket No. 74) ("Judgment"), entered on May 11, 2023, as well as all orders incorporated in the Judgment (including, without limitation, the March 31, 2023 Order (Docket No. 71)).

DATED this 1st day of June, 2023.

KILPATRICK TOWNSEND & STOCKTON LLP

By  /s/ Gwendolyn C. Payton
Gwendolyn C. Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7714
Facsimile: (206) 623-6793

*Counsel for Defendant Premera Blue Cross*

DEFENDANT PREMERA BLUE CROSS'S NOTICE OF APPEAL
KILPATRICK TOWNSEND 77358769 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, DEFENDANT PREMERA BLUE CROSS'S NOTICE OF APPEAL, to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Eleanor Hamburger**<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>3101 WESTERN AVENUE STE 350<br>SEATTLE, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>Email: ehamburger@sylaw.com | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Brian Smith King**<br>**Brent J. Newton**<br>**Samuel Martin Hall**<br>BRIAN S KING ATTORNEY AT LAW<br>420 E SOUTH TEMPLE STE 420<br>SALT LAKE CITY, UT 84111<br>801-532-1739<br>Fax: 801-532-1936<br>Email: brian@briansking.com<br>Email: brent@briansking.com<br>Email: samuel@briansking.com | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 1st day of June, 2023.

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA #26752

*Counsel for Defendant Premera Blue Cross*

CERTIFICATE OF SERVICE - 2

KILPATRICK TOWNSEND 77358769 1