# Exhibit B

Declaration of Brent J. Newton

EXHIBIT B - DECLARATION OF BRENT J. NEWTON
Case No. 2:21-cv-01257 – Page 1

**BRIAN S. KING, ATTORNEY AT LAW**
420 East South Temple; Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739  Fax (801)532-1936

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>Defendants. | Case No. 2:21-cv-01257 - JHC<br><br>**DECLARATION OF BRENT J. NEWTON FOR ATTORNEY FEES AND COSTS** |

**DECLARATION OF BRENT J. NEWTON**

1. I am an attorney over the age of 18 years, a member in good standing of the Utah State Bar, am competent to provide this testimony, and I have personal knowledge of the matter of which I declare.

2. I received my J.D. in 1994 from the S.J. Quinney School of Law at the University of Utah. I have practiced law continuously in the State of Utah since 1994.

EXHIBIT B - DECLARATION OF BRENT J. NEWTON
Case No. 2:21-cv-01257 – Page 2

**BRIAN S. KING, ATTORNEY AT LAW**
420 East South Temple; Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739 Fax (801)532-1936

3. I have worked with Brian S. King since August 2018.

4. Prior to working for Brian S. King, I worked in private practice for seven years and then for the Office of Guardian ad Litem for over 16 years. During that time I appeared in court and alternative dispute resolution settlement proceedings, and represented clients in all phases of litigation.

5. While employed with Brian S. King I have represented ERISA claimants before the district court in jurisdictions throughout the country and have argued before the Tenth Circuit Court of appeals.

6. I am admitted to practice before the state and federal courts in Utah and have been admitted pro hac vice in other states.

7. My current practice consists predominantly of representing ERISA plaintiffs in their denied health, long-term disability, and life insurance claims.

8. My rate for these ERISA cases is $350.00 per hour.

9. I track the time for cases on which I work, including contingent fee cases.

10. A copy of the ledger for work I performed in this matter follows at the conclusion of this declaration.

11. As indicated in the ledger provided with the Motion for Attorney Fees, I worked 86.9 hours on this matter.

12. The total hours for my work in this matter multiplied by the hourly rate I identified in this Declaration are $30,415.

13. I believe the time I put into the case was necessary to obtain the results we realized in the case and was reasonable and appropriate under the circumstances of this case.

EXHIBIT B - DECLARATION OF BRENT J. NEWTON
Case No. 2:21-cv-01257 – Page 3

**BRIAN S. KING, ATTORNEY AT LAW**
420 East South Temple; Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739 Fax (801)532-1936

DATED this 15th day of May, 2023.

                                                     s/Brent J. Newton

                                                   Brent J. Newton[1]

**Brent J. Newton Ledger**

| Date | Activity Details | Time | Rate | Amount |
|---|---|---|---|---|
| 8/20/2021 | Review of roadmap from record produced by defendants | 0.5 | $350.00 | $175 |
| 9/15/2021 | ECF Emails | 0.1 | $350.00 | $35 |
| 9/29/2021 | ECF Emails | 0.1 | $350.00 | $35 |
| 10/25/2021 | Discovery review | 0.3 | $350.00 | $105 |
| 10/27/2021 | ECF emails | 0.1 | $350.00 | $35 |
| 11/24/2021 | ECF emails | 0.1 | $350.00 | $35 |
| 11/29/2021 | ECF emails | 0.1 | $350.00 | $35 |
| 12/3/2021 | ECF mail -- filed motion to dismiss | 0.3 | $350.00 | $105 |
| 12/7/2021 | Interoffice email regarding assignment of case and local practice | 0.1 | $350.00 | $35 |
| 12/13/2021 | Attorney conference, case status, assigned briefing, email exchange | 0.1 | $350.00 | $35 |
| 12/15/2021 | ECF mail -- filed motion to dismiss | 0.1 | $350.00 | $35 |
| 12/16/2021 | Email with local counsel | 0.1 | $350.00 | $35 |
| 12/29/2021 | Review of Joint Status report, email exchange, initial draft o opposition on motion to dismiss | 5.2 | $350.00 | $1,820 |
| 12/30/2021 | Draft of opposition, email exchange with counsel | 7 | $350.00 | $2,450 |
| 12/31/2021 | Review of local counsel draft and additional edits on MTD oppo. | 1 | $350.00 | $350 |

---

[1] An original signed Declaration shall be retained in the firm's case file.

EXHIBIT B - DECLARATION OF BRENT J. NEWTON
Case No. 2:21-cv-01257 – Page 4

**BRIAN S. KING, ATTORNEY AT LAW**
420 East South Temple; Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739 Fax (801)532-1936

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/3/2022 | Final edits on opposition memo and coordination with local counsel. Additional legal research | 4.6 | $350.00 | $1,610 |
| 2/23/2022 | Discovery review and email | 0.1 | $350.00 | $35 |
| 3/3/2022 | Email on supplement briefing, attorney consultation, research on other guidelines and access | 3.5 | $350.00 | $1,225 |
| 3/6/2022 | Final edits on supplemental briefing, legal research, review of guidelines | 6 | $350.00 | $2,100 |
| 4/14/2022 | Review of the missing documents from produced prelitigation record and emails with staff | 0.2 | $350.00 | $70 |
| 7/1/2022 | Record review and initial factual draft, comparison with complaint. | 4.6 | $350.00 | $1,610 |
| 7/3/2022 | Draft of MSJ opposition, emails and attorney consultations | 7 | $350.00 | $2,450 |
| 7/5/2022 | Continue Drafting MSJ -- legal research, | 8.2 | $350.00 | $2,870 |
| 7/6/2022 | Review of Record for Medical Incident summary 9th circuit legal research Continue MSJ drafting and editing. | 4.7 | $350.00 | $1,645 |
| 7/7/2022 | Final edits MSJ, attorney consultation. | 7.2 | $350.00 | $2,520 |
| 7/14/2022 | Review of Opposing MSJ and deadlines. | 0.4 | $350.00 | $140 |
| 7/15/2022 | Email request to extend deadline because of Utah state holiday. | 0.1 | $350.00 | $35 |
| 7/18/2022 | Review of motion to seal and emails, finalized motion to extend deadline and filed. | 0.3 | $350.00 | $105 |
| 7/25/2022 | Email on further extension | 0.1 | $350.00 | $35 |
| 7/26/2022 | Comparison of draft with Review of Defendant MSJ | 1.3 | $350.00 | $455 |
| 7/28/2022 | Outline on Opposition | 3.4 | $350.00 | $1,190 |
| 7/29/2022 | Legal research, edit, drafts of oppo to MSJ | 7.5 | $350.00 | $2,625 |
| 7/30/2022 | Drafting of opposition to MSJ, edits with local counsel | 3.4 | $350.00 | $1,190 |
| 8/1/2022 | Edits on MSJ opp. | 3.6 | $350.00 | $1,260 |
| 8/29/2022 | ECF email | 0.1 | $350.00 | $35 |
| 10/20/2022 | Initial Outline for oral argument on MSJ | 0.7 | $350.00 | $245 |
| 10/21/2022 | Update argument outline | 0.5 | $350.00 | $175 |

EXHIBIT B - DECLARATION OF BRENT J. NEWTON
Case No. 2:21-cv-01257 – Page 5

**BRIAN S. KING, ATTORNEY AT LAW**
420 East South Temple; Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739  Fax (801)532-1936

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/3/2022 | ECF emails | 0.1 | $350.00 | $35 |
| 2/27/2023 | Notice of supplemental briefing and review of order; attorney consult. | 1.2 | $350.00 | $420 |
| 3/5/2023 | Notice of transcript filing | 0.1 | $350.00 | $35 |
| 3/6/2023 | Emails to and from local counsel; draft and finalize supplemental memo | 2.3 | $350.00 | $805 |
| 3/31/2023 | Review of opinion and attorney consultation | 0.5 | $350.00 | $175 |
| | | 86.9 | | $30,415.00 |

EXHIBIT B - DECLARATION OF BRENT J. NEWTON
Case No. 2:21-cv-01257 – Page 6

**BRIAN S. KING, ATTORNEY AT LAW**
420 East South Temple; Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739 Fax (801)532-1936