# Exhibit D

# Declaration of Eleanor Hamburger

DECLARATION OF ELEANOR HAMBURGER – 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246

The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

N.C., individually and on behalf of A.C., a minor,

Plaintiffs,

v.

PREMERA BLUE CROSS,

Defendants.

NO. 2:21-cv-01257-JHC

**DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES**

I, Eleanor Hamburger, declare:

1. I am the local attorney for Plaintiffs, over the age of 18 years, a member in good standing of the Washington State Bar, am competent to provide this testimony and I have personal knowledge of the matter of which I testify.

2. I am making this declaration in support of the Plaintiffs' request for an award of attorney fees in this case.

3. I received my J.D. in 1993 from the New York University School of Law where I was a Root-Tilden-Snow Scholar and have practiced law in Washington state for 27 years.

4. For over 25 years I have represented claimants in cases involving denied health, life, and disability benefits. My area of practice usually involves litigating ERISA cases.

5. I have represented ERISA participants at the federal district and circuit court levels across the country for many years. Most of my work is provided on a contingent fee basis but I also regularly represent individuals on an hourly basis.

6. When I represent new clients on an hourly basis I charge $750 per hour for my work and I regularly receive payment for my hourly work at that rate. In 2022, my then actual billing rate of $715 an hour was accepted when fees were approved in *N.R. v. Raytheon Co.*, No. 1:20-cv-10153-RGS (D. Mass.), *Reichert v. Keefe Commissary Network,* No. 3:17-cv-05848-BHS (W.D. Wash.); *C.C. v. Baylor, Scott & White Health,* No. 4:18-cv-00828-SDJ (E.D. Tex.).

7. In 2021, I charged new clients at a rate of $665 an hour, which was the rate actually paid by multiple hourly clients and approved by several courts and at least one arbitrator, including in individual cases. *See e.g., Camp v. Washington State Health Care Authority*, No. 20-2-01813-34 (Thurston Cty. Sup. Ct.); *J.R. v. Blue Cross Blue Shield of Illinois et al.*, No. 2:18-cv-01191-JLR (W.D. Wash.); *D.T. v. NECA-IBEW Family Medical Care Plan,* No. 2:17-cv-00004-RAJ (W.D. Wash.).

8. I track the time for cases on which I work, including contingent fee cases.

9. A copy of the ledger for work I performed in this matter is attached as Exhibit 1.

10. ERISA is a complex statute that presents many obstacles and limitations to both claimants and their counsel in obtaining positive results. Few attorneys who are knowledgeable and competent work represent plaintiffs on a contingent fee basis.

11. Based on the fact that ERISA is a federal statute that applies with some consistency in a wide variety of jurisdictions and based on my work in Washington and many other federal courts, I charge and have received the same hourly rate fees to clients I represent across the country.

12. Brian King and I have consulted with each other many times over the years on a wide variety of ERISA cases involving denied mental health and substance use disorder claims. We are each part of a small community of lawyers across the country who regularly represent

DECLARATION OF ELEANOR HAMBURGER – 3

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246

individuals and families in this area of law. In addition, I am familiar with his work and the results he has obtained in many cases.

13.     Mr. King has informed me that his hourly rate is $600 when he bills on an hourly rate. I believe a $600 hourly rate is reasonable and well within the range of national market rates for an excellent attorney representing plaintiffs in the challenging and formidable area of law that is ERISA.

14.     I am familiar with the hourly rates of attorneys of various levels of experience, paralegals, and legal assistants across the country in this area of work. Based on national standards, the nature of my practice and the specialized knowledge required to practice in this area of law, I believe the hourly rates identified in this declaration for myself are reasonable for my work.

15.     I am also familiar with the hourly rates charged by individuals in the Seattle area who bill by the hour for commercial litigation and litigation involving issues of fact and law dealing with claims involving breach of contract and violations of statute.

16.     My total hours in this case are 8.9. Multiplied by my reasonable hourly rate of $750, the award of attorney fees I am requesting for my time is $6,675.00.

17.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of June, 2023, at Seattle, Washington.

 *s/ Eleanor Hamburger*
Eleanor Hamburger, WSBA #26478
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Fax (206) 223-0246
Email: ehamburger@sylaw.com

*Attorneys for Plaintiffs*

DECLARATION OF ELEANOR HAMBURGER – 4

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246

# EXHIBIT 1

## N.C. v. Premera Blue Cross
## SYSH FEES

| Date | Explanation | Hours | Rate |
|---|---|---|---|
| Jan 18/2022 | Email with Brian King about [REDACTED] | 0.10 | $750.00 |
| Jan 18/2022 | Review case files provided by Brian King; Email questions to Brian King | 0.50 | $750.00 |
| Jan 18/2022 | Email with Brian King about [REDACTED] | 0.30 | $750.00 |
| Feb 7/2022 | Review revised fee agreement | 0.10 | $750.00 |
| Feb 28/2022 | Draft review and authorize filing of notice of appearance | 0.40 | $750.00 |
| Feb 28/2022 | Review discovery to be served; email with staff | 0.30 | $750.00 |
| Apr 1/2022 | Review draft motion to amend pleadings deadline; email with Brian King and staff | 0.30 | $750.00 |
| Apr 4/2022 | Respond to question about [REDACTED] | 0.10 | $750.00 |
| Jun 1/2022 | Review motion to amend scheduling order before filing and correspondence re: discovery dispute | 0.20 | $750.00 |
| Jul 5/2022 | Review Answer to Complaint | 0.50 | $750.00 |
| Jul 7/2022 | Email with co-counsel re: [REDACTED] | 0.30 | $750.00 |
| Jul 7/2022 | Conduct legal research related to [REDACTED]; email [REDACTED] to co-counsel | 0.60 | $750.00 |
| Jul 7/2022 | Edit motion for summary judgment; email to co-counsel | 1.40 | $750.00 |
| Jul 8/2022 | Email with co-counsel re: [REDACTED] | 0.10 | $750.00 |
| Jul 25/2022 | Review motion to amend briefing schedule | 0.10 | $750.00 |
| Aug 1/2022 | Review response brief | 0.40 | $750.00 |
| Aug 26/2022 | Email with co-counsel, clerk and opposing counsel about telephonic hearing | 0.20 | $750.00 |
| Aug 29/2022 | Email with co-counsel about [REDACTED] | 0.10 | $750.00 |
| Aug 31/2022 | Participate in telephonic hearing | 0.50 | $750.00 |
| Oct 20/2022 | Email with co-counsel about [REDACTED] | 0.10 | $750.00 |
| Oct 24/2022 | Participate in oral argument as local counsel | 1.00 | $750.00 |
| Mar 3/2023 | Email with co-counsel about [REDACTED] | 0.20 | $750.00 |
| Mar 6/2023 | Review supplemental briefing | 0.40 | $750.00 |
| Mar 31/2023 | Review order; email with co-counsel | 0.50 | $750.00 |
| May 8/2023 | Review proposed judgment | 0.20 | $750.00 |
| | **TOTAL** | **8.90** | **$6,675.00** |