The Honorable John H. Chun

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>Defendants. | Case No. 2:21-cv-01257 - JHC<br><br>[Proposed] **ORDER GRANTING PLAINTIFFS' MOTION IN SUPPORT OF AN AWARD FOR ATTORNEY FEES AND COSTS** |

THIS MATTER having come before the Court on Plaintiffs' Motion For Attorney's Fees And Costs Pursuant, and the Court having found good cause and compelling reasons for the requested relief, this motion is GRANTED.

IT IS HEREBY ORDERED that defendants shall pay plaintiffs' attorneys fees in the amount of $86,322.50 and costs in the amount of $400, for a total of $86,722.50.

It is so Ordered.

DATED _____        _____
                                UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING PLAINTIFFS'
MOTION IN SUPPORT OF ATTORNEY'S FEES AND
COSTS
Case No. 2:21-cv-01257 – Page 1

**BRIAN S. KING,** ATTORNEY AT LAW
420 East South Temple; Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739 Fax (801)532-1936

*Presented by:*

/s/ Brian S. King
Brian S. King, *Admitted Pro Hac Vice*
Brent J. Newton
Samuel M. Hall
**BRIAN S. KING, P.C.**
420 E. South Temple, Suite 420
Salt Lake City, UT 84111
Tel. (801) 532-1739
Fax (801) 532-1936
Email: brian@briansking.com

/s/ Eleanor Hamburger
Eleanor Hamburger, WSBA No. 26478
**SIRIANNI YOUTZ SPOONEMORE HAMBURGER, PLLC**
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Fax (206) 223-0246

Attorneys for Plaintiffs

(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION IN SUPPORT OF ATTORNEY'S FEES AND COSTS
Case No. 2:21-cv-01257 – Page 2