UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.C., individually and on behalf of A.C., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMERA BLUE CROSS,<br><br>    Defendant. | CASE NO. 2:21-cv-01257-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion in Support of an Award for Attorney Fees and Costs. Dkt. # 77. In opposing the motion, Defendant says, among other things, that the motion is untimely under Fed. R. Civ. P. 54(d)(2)(B)(i). Defendant is correct. Judgment was entered on May 11, 2023 (Dkt. # 74), and Plaintiffs untimely filed the motion on June 7. *See id.* (requiring filing no later than 14 days after entry of judgment). Further, Plaintiffs neither sought an extension nor sought to show any excusable neglect. And Plaintiffs did not submit a reply to address Defendant's arguments. Accordingly, the Court DENIES the motion.

//

//

//

ORDER - 1

Dated this 26th day of June, 2023.

John H. Chun
United States District Judge

ORDER - 2